# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

| | |
|---|---|
| Rashad Bey Ex-Rel ANTHONY GUESS )<br>_____ )<br>Plaintiff(s) )<br>(Write the full name of each plaintiff who is filing this complaint. )<br>If the names of all the plaintiffs cannot fit in the space above, )<br>please write "see attached" in the space and attach an additional )<br>page with the full list of names.) )<br>-v- )<br> )<br>           See page 2 )<br>Kevin Tufts _____ )<br>_____ )<br>Defendant(s) )<br>(Write the full name of each defendant who is being sued. If the )<br>names of all the defendants cannot fit in the space above, please )<br>write "see attached" in the space and attach an additional page )<br>with the full list of names.) ) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one)  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

*Send Mail to Both Addresses*

| | | |
|---|---|---|
| Name | Rashad Bey Ex-Rel ANTHONY GUESS | |
| Street Address | 155 Father Morissette Blv<br>P.O Box 435 | 8432 Gibbs Pl |
| City and County | Lowell | Philadelphia |
| State and Zip Code | Massachusetts Republic [01853] | Pennsylvania Republic [19153] |
| Telephone Number | 267-408-5654 | |
| E-mail Address | RashadBey13@aol.com | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Kevin Tuffs
- Job or Title (if known): MASSACHUSSETTS STATE POLICE
- Street Address: 136 Washington St
- City and County: Foxboro
- State and Zip Code: Massachusetts 02035
- Telephone Number: 617-698-5840
- E-mail Address (if known):

Defendant No. 2
- Name: Daniel W. O'Malley
- Job or Title (if known): Magistrate
- Street Address: 1288 Central St
- City and County: Stoughton
- State and Zip Code: Massachusetts 02072
- Telephone Number: 781 344-2131
- E-mail Address (if known):

Defendant No. 3
- Name: David Frank
- Job or Title (if known): Magistrate
- Street Address: 30 Pleasant St
- City and County: Woburn
- State and Zip Code: Massachusetts 01801
- Telephone Number: 781 935-4000
- E-mail Address (if known):

Defendant No. 4
- Name: Nicholas Welby
- Job or Title (if known): MASSACHUSETTS STATE TROOPER
- Street Address: 906 Elm St
- City and County: Concord
- State and Zip Code: Massachusetts 01742
- Telephone Number: 978 369-4100
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. II Amendment, IV Amendment, V Amendment, VIII Amendment, Treaty of Peace and Friendship 1786-1787 Article 20, 18 U.S.C. 241, 18 U.S.C. 242

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. **The Plaintiff(s)**

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Rashad Bey, is a citizen of *(name)* Morocco.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. **The Defendant(s)**

   a. If the defendant is an individual

   The defendant, *(name)* Kevin Tufts, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* U.S.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm respectfully demanding 940,000 Federal reserve notes due to me being falsley held in Jail for 94 days total. without a crime being committed and without due process.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



Attached page →

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



Relief

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/25/24

Signature of Plaintiff: Rashad Bey

Printed Name of Plaintiff: Rashad Bey Ex-Rel Anthony Guess

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____



To: Clerk of united States District Court

From: Rashad Bey Ex-Rel ANTHONY D. GUESS

On November 17th 2020, around 7-8am I was traveling through Massachusetts territory on route 95 when I observed a policeman emergency lights in my rearview mirror about 20 yards behind my vehicle. The highwayman approached behind my car to make an emergency stop as I calmly pulled over to the emergency lane. The highwayman walked up to my vehicle and demanded to see a registration for the car without telling me the reason why he stopped me. I shortly gave him the registration and insurance to the car and he proceeded to ask for a driver's license. I informed him that I'm not driving but simply traveling which does not require a driver's license. Highwayman Timothy Tufts became very frustrated and told be driving without a license is an arrestable offense and told me to get out of the car as he called for backup. I stepped out the car as he placed me in handcuffs while a total of 5 to 7 state troopers arrived where we was located on the side of the highway. I was then shortly taken to jail without committing a crime to Foxboro state police barracks where I went through the booking process. About an hour went by and the highway man told me that they searched my entire vehicle and found an unloaded firearm in my locked trunk and a jar of yellow shea butter in which they assumed to be an explosive device. I was accused of 9 counts of state policy violations such as code 269/10/b Dangerous weapon, carry, two code violations twice 269/10/aa Firearm, possess large capacity, 269/10/tt Ammunition without fid card, possess, 268/34a false id information, Arrestee furnish to law inforcement, c90/23 Number plate violation. I was also accused by state trooper tufts with having possessed two firearm even though I only had one firearm in my trunk.

After these violations was placed on me, highwayman tufts also informed me that I can be bailed at the cost of $15,000 and if I don't have the money I would have to go to jail. The same day I was taken to Norfolk county jail in which I had to wait via zoom the next day. The next day arrived on 11/18/20 , the district attorney requested that I be held without bail due to the commonwealth having probable cause of arrest without her describing the nature of the probable cause, I was held another two days until I had a dangerous hearing with judge Daniel Omelly on 11/20/20 with the same district attorney and I was found not to be dangerous and was forcefully given a probation officer with terms and conditions of release even though I wasn't charged with any crime or committed any crime. I was also given a terms and condition of release document that didn't have any legible signature on the release form.

A couple of months go by until one day I was travelling through Massachusetts territory with a friend when we got off work from Rhode island territory to get a rental car so that we could go to Philadelphia territory to attend my grandmother's funeral. On the highway



around route 3 my tire caught a flat and I traveled in the emergency with my hazard lights on to reach a nearby tire center to fix the flat; as I was traveling in the emergency lane I observed emergency lights from a police car that pulled behind my car. Highwayman Nicholas Welby approached my car to ask what was going on with my car; I informed him that my tire caught a flat and that I'm less than a mile or so from the tire shop to get it replaced. Trooper Welby proceeded to ask for a driver's license, registration and insurance without probable cause. I informed the highwayman that I'm not in possession of a driver's license and that I'm not driving. Mr Webly then ask for me to step out of my vehicle and that driving without a license is an arrest able offense. I stepped out of the car and was placed in hand cuffs and my car was searched by highwayman Welby and his unidentified coworker who was present at the time. I was taken to the trooper station in Danvers were I went through the booking process and was shortly released on $40 bail and was told I had to go to Woburn district court the following day. I informed Highwayman Welby and the bail bondsmen that my grandmother's funeral is tomorrow and that I need to reschedule the court date. They both told me no and that I couldn't reschedule the court date under any circumstance.

The next day I made a special appearance at Woburn district court with the presiding magistrate David Frank. As court proceeded I informed the court that no crime has been committed and that state trooper Nicolas Welby had no probable cause to ask me or demand anything from me supported by case law and constitutional law. The female district attorney at the time told magistrate Frank that I had a probation violation without her having any supported documents. Magistrate Frank sided with the district attorney by her word of mouth and sent me to Billrica house of correction where I spent 30 days at, and then was transferred to Norfolk County house of corrections where I spent an additional 60 days. On the 90th day of May 12th, 2021 being arrested unlawfully without due process I was released. A year and a half goes by until case docket 2055CR001066 was dismissed in January, 2023 due to a lack of prosecution due to State Trooper Timothy Tufts not showing up to court on three separate occasions. Since then I sent an affidavit of fact on Feb 10th 2023 for my property to be returned to me and I still haven't received any correspondence back from Magistrate Daniel O'melly in which he was addressed in my affidavit.

I respectfully demand that my property be returned to me and that $940,000 be granted to me for the 94 days that I was falsely been held in prison away from my family, suffering from depression, anxiety and mental trauma which resulted to me losing my job, my home and I couldn't make it to my grandmother's funeral on Feb 12th 2021