FILED
IN CLERKS OFFICE

2025 MAY 15  PM 12: 03

U.S.
DISTRICT OF MASS.

To: Judge Denise J. Casper

Case Name: Bey v. Tufts

Case Number: 1:24-cv-10257-DJC

### Affidavit to Show Cause

Greetings Judge Casper, It has been brought to my attention that an order to show cause has been bestowed upon me dated April 22, 2025. You mentioned in the order that the deadline for filing an opposition to the defendants motion was March 15, 2025; When in fact I didn't received any documentation that was related to the defendants motion to my mailing location. However, I did recive your letter relating to the defendants motion and I do thank you for giving me additional time and bringing to my attention that the defendant filed a motion. On May 6th, 2025; I called the court and spoke to a women clerk of the court who helped me by printing the defendants motion for me to pick up downstairs at the U.S marshalls front desk.

### Argument

In response to the defendants attorney, Thomas R. Donohue motion to dismiss under 42 U.S.C - 1983 for barred time. He mentioned that I filed my original complaint on January 29th, 2024 over 2 months after the statue of limitation ran out. When in fact a complaint was filed to federal court March of 2021. I have multiple conrete points as to why this case should not be dismissed.

### Exibit 1

On Page 2, on your motion to dismiss you yourself stated " Section 1983 does not contain a built-in statue of limitations." You went on to mention "NIEVES V. MCSWEENEY, 241 F.3d 46.51" in which "The appellants, Angel Nieves and his eighteen-year-old daughter Rebecca, claim to be victims of police brutality. They waited a considerable period of time before bringing suit, however, and the district court turned them away, partially on timeliness grounds and partially for failure to proffer a federally-cognizable claim". My claim has nothing to do with police brutality, I attempted to file a suit in 2021 while being held in county jail and you continued in your argument that. " Consequently," a federal court called upon to adjudicate a section 1983 claim ordinarily must borrow the forum state's limitation period governing personal injury causes of action. When I filed my cilvil action I didn't claimed any injury under title 42 U.S.C - 1983 in any of my documentation which shows
and proves the Nieves v. McSweeney case has no validity towards my case filing due to diffrent claims of injury and aguments.

### Exibit 2

On Feb 12, 2021; I was held in county jail for 90 days and was released in May, 2021. During the time of me being unlawfully incarcerated I filed a cilvil federal suite with very limited resources or help to the court clerk on 3/16/21, and filed on 3/18/21; see 1:21-cv-10474-RGS which involved state trooper Tufts in my statement of claim. A little over a month I received a correspondence letter from Judge Richard G. Stearns that was filed 4/30/21. He stated in his letter that "The Court will abstain from exercising jurisdiction over this action to avoid interfering with a state criminal proceeding."At the end of the Judges letter he wrote "The Court has no reason to believe that Bey will not have an opportunity to raised all pertinent issues of federal law within the state court system, whether in front of the trial court or on appeal." In Layman's terms the judge did not remove the pending state case to federal court because he strongly belive that the state court would here all issues of federal law, In which I would exhaust all my resources on a state level before it is removed to a federal level in which I did.

### Exibit 3

On January 4th, 2023, Judge Carroll Dismissed case 2055CR001066 for lack of prosecution due to trooper Tufts not showing up to court for the third time within a multiple month spand even though it was mandatory for him to show up. On Feb 10th, 2023 after the dismissed state case; I sent a letter to Stoughton District Court for the return of my property that was unlawfully searched and seized as evidence by Tropper Tufts and I still have proof of that letter with a tracking number. One year goes by without any response from the court clerk, district attorney or acting judge, while filing this current cilvil case.

Since the day me and my property was fraudulantly searched and seized a number of fraudulant claims were made by trooper Tufts. On the Arrest Report "Charges" Trooper Tufts entered in that I had two firearms when in fact I only had one and the district attorney mentioned that I had two based on the arresting report during the first zoom hearing case November, 2021. Trooper Tufts submitted my fire arm as evidence; Which lead to the state troopers performing a ballistic test on my firearm even though a ballistic test is only used when a firearm is used in the commission of a crime which is a fraudulant arresting report. This falls under the false claims Act of 1863, 31 U.S.C 3729. From November of 2020 to January 2023 is the start and ending of the state case. Within that time frame I attempted to file a federal cilvil suite to get the state case removed to the higher court due to my rights being violted. After getting the case dismissed my rights have still been violted due to my property that was unlawfully searched and seized still not returned to me and I seek further restitution for me being unlafully in jail due to Trooper Tufts claims.